Case: 1:23−mj−00139
Assigned To : Harvey, G. Michael
Assign. Date : 6/21/2023
Description: Complaint W/ Arrest Warrant

**STATEMENT OF FACTS**

Your affiant, Jordan Deremer, is a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) assigned to the Philadelphia Field Office. I am currently assigned to the Joint Terrorism Task Force ("JTTF") where my duties include investigations of domestic terrorism. Currently, I am tasked with investigating criminal activity in and around the U.S. Capitol grounds on January 6, 2021. As a Task Force Officer, I am authorized by law or by a government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

*Facts Linking Christina Traugh A/K/A Christina Austin[1] to the January 6, 2021, Capitol Riot*

In connection with an investigation of other individuals who unlawfully entered the U.S. Capitol building on January 6, 2021 -- Christy Taylor-Clark, Matthew Clark, and Paul Spigelmyer[2] – the FBI obtained a search warrant for various Facebook accounts, including an account used by Taylor-Clark. A review of the account used by Taylor-Clark revealed that the account contained Facebook private messages between Taylor-Clark and a Facebook user with display name "Christina Austin."

On January 5, 2021, Taylor-Clark and "Christina Austin" engaged in the following exchange:

| Timestamp: | From: | To: | Message: |
|---|---|---|---|
| 2021-01-05 18:16 (EST) | Christina Austin | Taylor-Clark | What time do you want me to meet you in the morning? |
| 2021-01-05 18:32 (EST) | Taylor-Clark | Christina Austin | Pap says we are going to leave hotel at 4 a.m.! So we can wait in line for you there if you don't wanna be at the hotel then lol |
| 2021-01-05 18:56 (EST) | Christina Austin | Taylor-Clark | I dont know what the hell i just sent you... lol. I was trying 2 make the screen bigger. I really don't want to go in alone so....if you don't mind...ill be there at 4am. Same address you sent yesterday? 3 research court?[3] |
| 2021-01-05 18:57 (EST) | Taylor-Clark | Christina Austin | Yup! We are in room 243 if you get there early. |
| 2021-01-05 18:58 (EST) | Christina Austin | Taylor-Clark | Thanks so much for letting me tag along!! |

---

[1] Since January 6, 2021, TRAUGH changed her legal name from "Christina Austin" to "Christina Traugh."

[2] On February 8, 2021, Taylor-Clark, Clark, and Spigelmyer were charged by complaint (the "Complaint") with offenses relating to their conduct on January 6, 2021. *See United States v. Clark, et al.*, 21-CR-218 (APM), ECF No. 1.

[3] I have learned that 3 Research Court is the address of a hotel in Rockville, Maryland.

| 2021-01-05 19:01 (EST) | Taylor-Clark | Christina Austin | Not a problem. Hell at this rate you should have gotten a room an came early lol. I would tell ya to come stay in our room but pap my hug ya in your sleel lol |

On the morning of January 6, 2021, Taylor-Clark and "Christina Austin" engaged in the following exchange:

| Timestamp: | From: | To: | Message: |
|---|---|---|---|
| 2021-01-06 3:55 (EST) | Taylor-Clark | Christina Austin | How far out are ya? |
| 2021-01-06 4:01 (EST) | Christina Austin | Taylor-Clark | I'm at 3 Rockville hotel |
| 2021-01-06 4:03 (EST) | Taylor-Clark | Christina Austin | Okay we are parked to left of building silver dodge Durango. The guys are back and forth<br><br>We r checking out now |
| 2021-01-06 4:06 (EST) | Christina Austin | Taylor-Clark | Is it the sleep Inn or the one next to it |
| 2021-01-06 4:07 (EST) | Taylor-Clark | Christina Austin | Rockville right beside the sleep inn |
| 2021-01-06 4:09 (EST) | Christina Austin | Taylor-Clark | Ok. I m driving in lot. Looki5for dodge durango |

Based on the timing of these messages and Taylor-Clark's presence on the U.S. Capitol grounds on January 6, 2021, I believe that Taylor-Clark and "Christina Austin" were making arrangements to meet in order to travel from Maryland to Washington, D.C. together.

On the evening of January 6, 2021, Taylor-Clark and "Christina Austin" had the following exchange:

| Timestamp: | From: | To: | Message: |
|---|---|---|---|
| 2021-01-06 08:00 (EST) | Christina Austin | Taylor-Clark | Can you send that picture to me? 717█9918 |
| 2021-01-06 08:01 (EST) | Taylor-Clark | Christina Austin | Yup will do. Feel free to tag yourself in any of the day as well! |

The FBI has received numerous tips from members of the public concerning individuals who unlawfully entered the restricted grounds of the U.S. Capitol and/or entered the U.S. Capitol building on January 6, 2021. Several tipsters reported that Taylor-Clark had posted pictures and/or comments on her publicly available Facebook account, indicating that she and Clark were either near or inside the Capitol building. One tipster provided the following screenshot from Taylor-Clark's Facebook account:



Based on my review of the Complaint and my review of TRAUGH's Pennsylvania Department of Motor Vehicles records, I believe that the picture above depicts, from left to right, Clark, TRAUGH, and Taylor-Clark. *See* 21-CR-218 (APM), ECF No. 1. In the picture, TRAUGH is wearing a pink baseball cap and a black hooded jacket with a gray lining. The picture was later discovered when a search warrant was executed on Taylor-Clark's cell phone.

The FBI also obtained a search warrant for the "Christina Austin" Facebook account. The Facebook search warrant results included the following group exchange:

| Timestamp: | From: | To: | Message: |
|---|---|---|---|
| 2021-01-06 14:53 (EST) | Individual 1 | Christina Austin | Are you guys anywhere near the capitol?! |
| 2021-01-06 16:04 (EST) | Christina Austin | Individual 1 | I was just inside |
| 2021-01-06 16:04 (EST) | Individual 2 | Christina Austin | Are you ok ? |
| 2021-01-06 16:17 (EST) | Christina Austin | Individual 2 | Yep. I was inside....2nd wave of patriots in. They pepper sprayed us but when we got in it was still only Capitol police trying to get out. |
| 2021-01-06 16:17 (EST) | Individual 2 | Christina Austin | A lady was shot and died Brown hair 0mg |
| 2021-01-06 16:18 (EST) | Individual 2 | Christina Austin | Get outta there |
| 2021-01-06 16:33 (EST) | Christina Austin | Individual 2 | We're on our way out of the city now |

The search warrant revealed that the "Christina Austin" Facebook account was associated with the phone number 717-███-9918. According to records obtained through a search warrant served on AT&T, on January 6, 2021, the cellphone associated with 717-███-9918 utilized a cell site consistent with providing service to a geographic area that included the interior of the United States Capitol building. A subsequent search of law enforcement databases confirmed that 717-███-9918 is number associated with TRAUGH.

The search warrant further revealed that the "Christina Austin" Facebook account was associated with the same Pennsylvania home address listed on TRAUGH's driver's license.

On February 10, 2021, Taylor-Clark, Clark, and Spigelmyer were arrested, advised of their Miranda rights, and interviewed. During their separate interviews, Clark and Spigelmyer each told investigators that TRAUGH was present with them at the Capitol on January 6, 2021.

On February 26, 2021, law enforcement reviewed the public "Christina Austin" Facebook account. That account posted the following on January 7, 2021:



Your affiant has reviewed U.S. Capitol CCV footage from January 6, 2021. During that review, I observed TRAUGH, along with her companions, Taylor-Clark, Clark, and Spigelmyer,[4] enter the U.S. Capitol at approximately 3:04 p.m. via the East Rotunda door. They were captured on U.S. Capitol surveillance cameras in the East Rotunda Lobby and the Capitol Rotunda, as shown in screenshots of surveillance footage below. TRAUGH is visible in these images wearing the same pink baseball-style cap that she is shown to be wearing in the above image posted to Taylor-Clark's Facebook. TRAUGH is highlighted in the images below by a red circle.



---

[4] I am familiar with Spigelmyer's appearance from my review of the Complaint.




TRAUGH and her companions remained in the Rotunda until approximately 3:11 p.m., when they and the rest of the crowd were forced out of the area by a police line.

TRAUGH and her companions exited the U.S. Capitol at approximately 3:14 p.m. through the same door that they entered.



Based on the foregoing, your affiant submits that there is probable cause to believe that TRAUGH violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempt or conspire to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that TRAUGH violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
Task Force Officer Jordan Deremer
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 21st day of June 2023.

_____
HON. G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE